FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 SEP 23 PM 2: 13

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

v.                                    Case No. 6:99-CV-117-ORL-22KRS

DONNA YUN and JERRY
BURCH,

         Defendants.
_____/

## AMENDED JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of the Plaintiff, the Securities and Exchange Commission, and against the Defendants, Donna Yun and Jerry Burch, as follows: this Judgment provides for DISGORGEMENT in the amount of $269,000 against the Defendants, Donna Yun and Jerry Burch, jointly and severally; this Judgment provides for PREJUDGMENT INTEREST in the amount of $188,805.72, which is calculated pursuant to 26 U.S.C. § 6621 from February 21, 1997 to the entry date of judgment, against the Defendants, Donna Yun and Jerry Burch, jointly and severally; this Judgment provides for POSTJUDGMENT INTEREST calculated pursuant to 28 U.S.C. 1961(a) at a rate of 2.03% from the entry date of judgment against the Defendants, Donna Yun and Jerry Burch, jointly and severally; this Judgment provides that disgorgement and interest shall be paid by certified check or money order to the Clerk of the Court; this Judgment provides for a CIVIL PENALTY in the amount of $100,000 against the Defendant, Donna Yun; this Judgment provides for a CIVIL PENALTY in the amount of $100,000 against the Defendant, Jerry Burch; this Judgment provides that the civil penalties shall be paid by certified check or money order made payable to The Comptroller, Securities and Exchange Commission, and delivered to the Office of the Comptroller, Securities and Exchange Commission, 450 5th Street, N.W., Mail-Stop 3-3, Washington, DC 20549. The disgorgement with interest and civil penalties shall be paid within ten days of entry of this judgement.

Date: 9/23/04

SHERYL L. LOESCH, CLERK

By _____

R. Olsen, Deputy Clerk