# CORRECTED ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under the paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Donna Yun<br>3161 Yattika Place<br>Longwood, FL 32779 | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $100,000.00 Penalty<br>$457,805.72 Disgorgement plus post-judgment interest at 2.03% | U.S. Securities and Exchange Commission<br>Office of Chief Litigation Counsel<br>Division of Enforcement<br>450 Fifth Street NW<br>Washington, DC 20549-0911 | Civil Action No.: 6:99-cv-117-ORL-22KRS<br>Judgment Entry Date: 9/23/04<br>Docket Number: 383 |

*UNITED STATES OF AMERICA*     *CLERK'S OFFICE*     *U.S. DISTRICT COURT FOR THE*
*DISTRICT OF*

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

DATE (CITY) _____ October 27th _____, 2004

__SHERYL L. LOESCH__, Clerk.

By _____, Deputy Clerk.