**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

-vs-                                         **Case No.  6:99-cv-117-Orl-22KRS**

**DONNA YUN and JERRY BURCH,**

        **Defendants.**

_____

## ORDER

The Clerk's Financial Administrator has brought to the undersigned judge's attention that the Clerk's Office has received a $10,300.00 law firm trust account check on behalf of Defendant Jerry Burch as partial payment of such Defendant's disgorgement obligation in this case.  A question has arisen concerning whether that check should be deposited into the registry of the court, where it will bear interest and be subject to further disbursement, or whether it should instead be paid into the U.S. Treasury in the manner of a fine.

Based on the foregoing, it is ORDERED that the Clerk shall initially deposit the check into the registry of the Court.  If the parties do not object in writing before December 6, 2004, the Court will enter a further Order directing the Financial Administrator to transfer the funds to the U.S. Treasury, and to deposit all future disgorgement payments into the U.S. Treasury.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 17, 2004.

Copies furnished to:

Counsel of Record
Unrepresented Party
Clerk's Financial Administrator (Jacksonville)

_____
ANNE C. CONWAY
United States District Judge