UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

v.                                    Case No:  6:99-cv-117-Orl-22KRS

DONNA YUN and JERRY BURCH,

           Defendants.

_____

## ORDER

      **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

      **DONE AND ORDERED** at Orlando, Florida, this _____4th_____ day of September, 2018.

                                  _____
                                        ANNE C. CONWAY
                         SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties